No. 566. LAWSON *v.* WHITLOCK CORDAGE Co. January 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. W. Hastings Swenarton* for petitioner. *Messrs. Wm. Houston Kenyon* and *Theodore S. Kenyon* for respondent.

No. 570. CLAWANS *v.* CARNDUFF. January 23, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Lillian Clawans, pro se.* No appearance for respondent.

No. 573. NEW YORK, NEW HAVEN & HARTFORD R. Co. *v.* MURMANN, ADMINISTRATRIX. January 23, 1933. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Edward R. Brumley* and *John M. Gibbons* for petitioner. *Messrs. Thos. J. O'Neill* and *Charles D. Lewis* for respondent.

No. 613. MUNSON STEAMSHIP LINE *v.* NORTH OF ENGLAND STEAMSHIP Co., LTD. January 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Irving L. Evans* and *Horace M. Gray* for petitioner. *Mr. Charles R. Hickox* for respondent.

No. 572. TERRELL ET AL. *v.* LOUISIANA. See same case, *ante,* p. 589.

No. 628. FOURCHY *v.* FLETCHINGER, CHAIRMAN. See same case, *ante,* p. 589.